**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John J. BURNS, Respondent.**

**No. 503 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 1999.

*ORDER*

PER CURIAM:

AND NOW, 15th day of March, 1999, upon consideration of an Order of the Disciplinary Board dated February 12, 1999, it is hereby

ORDERED that JOHN J. BURNS be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Alan S. FELLHEIMER, Respondent.**

**No. 495 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of March, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 18, 1999, it is hereby

ORDERED that ALAN S. FELLHEIMER be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Neil Werner PRICE, Respondent.**

**No. 486 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of March, 1999, the request for oral argument is granted. The parties are directed to specifically address the issue of attorneys making baseless accusations and the appropriate discipline therefor.